[Crim. No. 215. Fourth Appellate District.—May 25, 1931.]

In the Matter of the Application of A. GIRUADO for a Writ of Habeas Corpus.

A. L. Hubbell for Petitioner.

Elmer Heald, District Attorney, and D. H. Wolford and B. L. Comparet, Deputies District Attorney, for Respondent.

JENNINGS, On the hearing of this matter it was stipulated by counsel that the petitioner was tried in the Justice's Court of Calexico township for the commission of an offense in another township in Imperial County. Petitioner contends that the judgment of conviction is void by reason of want of jurisdiction. This contention is obviously correct and amply sustained by the authorities. (*Antilla* v. *Justice's Court*, 209 Cal. 621 [290 Pac. 43]; *In re Bridwell*, 112 Cal. App. 19 [296 Pac. 312]; *In re Cohen*, 107 Cal. App. 288 [290 Pac. 512].)

The writ is granted and petitioner is discharged from custody.

Marks, Acting P. J., concurred.

Barnard, P. J., being absent, did not participate in this opinion.